BEFORE THE THIRD DIVISION, JUNE 29, 1960

No. 64358.—Altray Co. et al. v. United States, protests 59/32388, etc. (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of chewing gum similar in all material respects to that the subject of *Fred L. Strauss* v. *United States* (43 Cust. Ct. 136, C.D. 2117), the claim of the plaintiffs was sustained.

No. 64359.—Border Brokerage Company v. United States, protests 59/4284 and 59/8958 (Blaine).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JULY 5, 1960.

No. 64360.—Walter Hatches, Inc., and W. J. Byrnes & Co. of N.Y., Inc. v. United States, protests 59/27819, 59/27814, and 59/26250 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.